801 A.2d 1208

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**Leslie A. SMALLWOOD, Respondent.**

**No. 675 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

June 13, 2002.

*O R D E R*

PER CURIAM:

AND NOW, this 13th day of June, 2002, there having been filed with this Court by Leslie A. Smallwood her verified Statement of Resignation dated April 24, 2002, stating that she desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Leslie A. Smallwood be and it is hereby accepted and she is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that she shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.